IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RASHAND LANDRY, CHERYL HOUSTON, and EDILEINE ALVES,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVEL INFORMATION SERVICES, INC. d/b/a/ INTERNATIONAL VISA SERVICE and PATSY O. WOLF,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:12-cv-02677-JEC |

## ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE

Plaintiffs Rashand Landry, Cheryl Houston, and Ediliene Alves[1] (collectively "Plaintiffs") filed a Complaint pursuant to the Fair Labor Standards Act in the United States District Court, Northern District of Georgia, on August 3, 2012, against Defendants Travel Information Services, Inc. d/b/a International Visa

---

[1] Ms. Alves was joined as a party at ECF No. 10.

Service and Patsy O. Wolf (collectively "Defendants").[2] Two Amended Complaints were filed thereafter. The parties conducted an investigation of the facts underlying the action, and eventually arrived to fair and reasonable resolution of Plaintiffs' claims. Thereafter, the parties at ECF No. 18 submitted to the Court a joint motion for an order granting approval of the parties' settlement agreements. The joint motion was granted at ECF No. 20. Accordingly, having found the parties settlement agreements a fair compromise of the claims made in this case,

**IT IS HEREBY ORDERED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE** based upon the terms and conditions stated in the parties' settlement agreements, with each party to bear their own fees and expenses. The Clerk of Court is hereby **DIRECTED** to reflect on the docket an entry dismissing this action with prejudice in its entirety.

**IT IS SO ORDERED.**

DATE: February 11, 2013         /s/ Julie E. Carnes
                                _____
                                HONORABLE JULIE E. CARNES

---

[2] ECF No. 1.